Red Seal Oil Company, appellee, v. Chicago, Milwaukee & St. Paul Railway Company, appellant. Gen. No. 28,923.

Trover for wrongful conversion. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed with finding of facts. Opinion filed January 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

C. S. Jefferson and M. L. Bluhm, for appellant; O. W. Dynes, of counsel. A. W. Martin and Edward H. S. Martin, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Mildred Unbehahn, by her next friend Etta Unbehahn, appellee, v. Alexander Fader et al. Newton B. Lauren, appellant. Gen. No. 28,988.

Action to recover damages for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Walter F. Heineman, for appellant. Harvey E. Wynekoop and Charles C. Spencer, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Harris & Walker, appellee, v. William Kixmiller, appellant. Gen. No. 29,000.

Action to recover amount due on contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 26, 1925.

Leo H. Hoffman and Leslie P. Whelan, for appellant; Leslie P. Whelan, of counsel. Edward L. England, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Albert C. Whitman, appellee, v. Kirk & Company, appellant. Gen. No. 29,065.

Action to recover damages for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Isaac B. Craig, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed January 26, 1925.

Moloney & Postelnek, Cutting, Moore & Sidley and Cassels, Potter & Bentley, for appellant; Ralph F. Potter and E. C. Austin, of counsel. Morse Ives, H. H. Patterson and Chas. C. Bodenstab, for appellee.

Mr. Justice Johnston delivered the opinion of the court.